UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                           Case No. 07-15357

v.                                      Honorable John Corbett O'Meara

ONE 2004 CADILLAC ESCALADE, *et al.*,

    Defendants.
    _____/

**ORDER GRANTING GOVERNMENT'S FEBRUARY 22, 2008
MOTION FOR STAY OF CIVIL FORFEITURE PROCEEDINGS**

This matter came before the court on the government's February 22, 2008 Motion for Stay of Civil Forfeiture Proceedings. Nicole Turcheck filed a response February 29, 2008. No oral argument was heard.

Pursuant to the Civil Asset Forfeiture Reform Act of 2000, a civil forfeiture proceeding must be stayed if the court determines that "civil discovery will adversely affect the ability of the Government to conduct a related criminal investigation." 18 U.S.C. §981(g)(1). In this case the government has represented to the court that "disclosure of information about the criminal investigation through civil discovery will of necessity compromise and prejudice the central goal of the investigation: to identify those who engaged in the [alleged] fraudulent activities and marshal the proofs necessary to prosecute them." Government's br. At 2.

Therefore, it is hereby **ORDERED** that the government's February 22, 2008 Motion for Stay of Civil Forfeiture Proceedings is **GRANTED.**

It is further **ORDERED** that upon termination of the stay, the parties shall be afforded a reasonable time to conclude discovery, file dispositive motions, and file witness lists prior to any pretrial or trial proceedings.

<pre>
                              s/John Corbett O'Meara
                              United States District Judge
</pre>

Date: May 7, 2008

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, May 7, 2008, by electronic and/or ordinary mail.

<pre>
                              s/William Barkholz
                              Case Manager
</pre>